# UNITED STATES DISTRICT COURT

### DISTRICT OF
### MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Matthew Ramos

## WARRANT FOR ARREST
Case Number: 04-M0U021-LPC

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Matthew Ramos__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☑ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**knowingly and intentionally distributing oxycodone, a Schedule II controlled substance,**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

**LAWRENCE P. COHEN**
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

_____
Signature of Issuing Officer

Boston, MA;  August 12, 2004
Date and Location

Bail fixed at $ _____    BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY _____
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |