UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>MATTHEW RAMOS  )<br>) | Crim. No. 04-10275-NG |

### JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties hereby jointly file the following status report in connection with the initial status conference on November 30, 2004.

1. <u>Local Rule 116.3 Timing Requirements</u>

The parties are not requesting relief from the timing requirements of Local Rule 116.3.

2. <u>Expert Discovery</u>

Barring a stipulation, the government expects to offer expert testimony regarding the drugs obtained in connection with this case. The government will produce expert discovery no later than 30 days before trial, and the defendant will produce reciprocal expert discovery no later than 14 days before trial.

3. <u>Additional Discovery</u>

The government does not anticipate providing additional discovery at this time.

4. <u>Motion Date</u>

The defense is still completing its review of discovery and therefore does not yet know for certain whether a motions date

will be needed.

5. Speedy Trial Act Calculations

The parties will confer on the periods excludable from all Speedy Trial Act calculations and will submit a proposed order for the Court if requested.

6. Anticipated Trial

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. Final Status Conference

The parties request that a ~~Final~~ Interim Status Conference be scheduled for a date in January 200~~4~~5, and that all time between the date of the initial status conference and the date of the final status conference be excluded from the Speedy Trial Act calculations.

Respectfully submitted,

| | |
|---|---|
| MATTHEW RAMOS<br>By his attorney<br>/s/ Martin Richey<br>Martin Richey, Esq.<br>Federal Public Defender Service<br>408 Atlantic Avenue<br>Boston, MA 02210<br>617-223-8061 | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: /s/ William D. Weinreb<br>William D. Weinreb<br>Assistant U.S. Attorney<br>United States Courthouse<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3222 |

Date: November 30, 2004