UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10275-NG |
| ) | |
| MATTHEW RAMOS ) | |

### DEFENDANT'S MOTION FOR ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS

Defendant respectfully moves this Court for an order permitting undersigned counsel (who is counsel of record for defendant) to disclose the wiretap materials in this case to an attorney whom defendant has consulted in contemplation of retaining that attorney.  The wiretap materials are subject to a protective order entered by the court on November 30, 2004.  The protective order provides that the wiretap materials may only be disclosed by undersigned counsel pursuant to an order of the court based upon a particularized need.

                MATTHEW RAMOS
                By his attorney,

                /s/ J. Martin Richey

                J. Martin Richey
                   B.B.O. # 559902
                Federal Defender Office
                408 Atlantic Ave., 3rd Floor
                Boston, MA  02210
                Tel: 617-223-8061

January 6, 2005