UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
**UNITED STATES OF AMERICA**       )
                                   )
        v.                         )   Crim. No. 04-10275-NG
                                   )
**MATTHEW RAMOS**                  )
_____)

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS

The United States of America, by its undersigned attorneys, respectfully submits the following response to defendant's motion for an order permitting defense counsel to disclose wiretap materials.

The government has no objection to an order permitting Ramos's counsel of record to disclose wiretap materials to a prospective defense attorney for Ramos so long as the order provides that the disclosure is subject to the terms of the protective order entered in this case on November 30, 2003.

A proposed form of order is attached.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   /S/ William D. Weinreb
                          WILLIAM D. WEINREB
                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 04-10275-NG |
| ) | |
| MATTHEW RAMOS ) | |

### ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS

This matter has come before the Court upon Defendant's motion for an order permitting his counsel of record to disclose the wiretap materials in this case to an attorney whom Defendant has consulted in contemplation of retaining that attorney. Having considered Defendant's motion, the Government's response, and the Protective Order entered on November 30, 2004, Defendant's motion is hereby GRANTED.

It is FURTHER ORDERED that Defendant's counsel of record may disclose the wiretap materials in this case to the prospective new defense attorney subject to the requirements of Paragraphs Four through Six of the Protective Order.

                                                LAWRENCE P. COHEN
                                                UNITED STATES MAGISTRATE JUDGE

Entered: _____