UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 04-10275-NG |
| | ) |
| MATTHEW RAMOS | ) |
| | ) |

### ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS

This matter has come before the Court upon Defendant's motion for an order permitting his counsel of record to disclose the wiretap materials in this case to an attorney whom Defendant has consulted in contemplation of retaining that attorney. Having considered Defendant's motion, the Government's response, and the Protective Order entered on November 30, 2004, Defendant's motion is hereby GRANTED.

It is FURTHER ORDERED that Defendant's counsel of record may disclose the wiretap materials in this case to the prospective new defense attorney subject to the requirements of Paragraphs Four through Six of the Protective Order.

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

Entered: January 10, 2005