UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
         Plaintiff

v.   Case Number:  CR 04-10275-NG

MATTHEW RAMOS
         Defendant

**ORDER OF REFERRAL**
February 15, 2005

GERTNER, DJ

    The above captioned case is referred to Magistrate Judge  MARIANNE B. BOWLER  upon the retirement of Magistrate Judge Lawrence P. Cohen.  Any instruction entered on the original Order of Reference remains in effect.

                          By the Court,

                          /s/ Virginia A. Hurley
                          Deputy Clerk