UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA        )<br>                                 )<br>     v.                          )<br>                                 )<br>MATTHEW RAMOS                    ) | CRIMINAL NO. 04-10275-NG |

DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE FINAL STATUS CONFERENCE, AND TO EXCLUDE TIME

Defendant respectfully moves this Court to continue the final status conference in this matter (presently scheduled on March 1, 2005) to April 6, 2005 at 2:30 p.m.  As grounds for this motion, this case involved the use of wiretaps.  A complete set of the wiretap recordings was only recently made available to defendant, who needs time to review them.

Defendant further moves that the time from March 1, 2005 through April 6, 2005 be excluded from the time within which trial must commence in this case.  As grounds, the delay requested herein, which will afford defendant an opportunity to review important discovery, is necessary in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Assistant United States Attorney Maureen Hogan assents to this motion.

                                        MATTHEW RAMOS
                                        By his attorney,

                                        /s/ J. Martin Richey

                                        J. Martin Richey
                                             B.B.O. # 559902
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061

February 23, 2005