UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
UNITED STATES OF AMERICA              )
                                      )
        v.                            )   Crim. No. 04-10275-NG
                                      )
MATTHEW RAMOS                         )
_____)

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM JUNE 6, 2005 THROUGH AND INCLUDING JULY 7, 2005

The United States and the defendant, Matthew Ramos, hereby move this court to continue the status conference scheduled in the above captioned matter from June 6, 2005 to July 6, 2005 and to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from June 6, 2005 through and including July 6, 2005.  In support of this motion, the parties state that they require more time to address discovery matters and to allow the defendant to review the discovery provided.  Accordingly, exclusion of this time period  serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

WHEREFORE, the parties respectfully requests that this motion be granted.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                   By:   /s/ Maureen B. Hogan
                              Maureen B. Hogan
                              Assistant U.S. Attorney


                              MATTHEW RAMOS
                              By his attorney,


                              /s/ Martin Richey
                              Martin Richey, Esq.


Dated: June 6, 2005