```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   CRIMINAL NO. 04-10275-NG
                              )
MATTHEW RAMOS                 )
```

DEFENDANT'S ASSENTED-TO MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

    Defendant respectfully moves this Court amend his conditions of pretrial release to permit him to travel to North Brunswick, New Jersey to visit his girlfriend on Friday, June 10, 2005, returning Sunday, June 12, 2005.  Defendant shall be required to submit a specific travel itinerary, including contact information, to Pretrial Services Officer Judy Oxford.

    Assistant United States Attorney Maureen Hogan and Pretrial Services Officer Judy Oxford assent to this motion.

```
                              MATTHEW RAMOS
                              By his attorney,

                              /s/ J. Martin Richey

                              J. Martin Richey
                                 B.B.O. # 559902
                              Federal Defender Office
                              408 Atlantic Ave., 3rd Floor
                              Boston, MA  02210
                              Tel: 617-223-8061
```

June 6, 2005