UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>MATTHEW RAMOS             ) | CRIMINAL NO. 04-10275-NG |

DEFENDANT'S ASSENTED-TO MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

    Defendant respectfully moves this Court amend his conditions of pretrial release to permit him to travel to North Brunswick, New Jersey to visit his girlfriend on Friday, July 8, 2005, returning Sunday, July 10, 2005.  Defendant shall be required to submit a specific travel itinerary, including contact information, to Pretrial Services Officer Judy Oxford.

    Assistant United States Attorney Maureen Hogan and Pretrial Services Officer Judy Oxford assent to this motion.

    MATTHEW RAMOS
By his attorney,

/s/ J. Martin Richey

J. Martin Richey
   B.B.O. # 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

July 6, 2005