```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|                                      ) | |
|     v.                                    ) | Crim. No. 04-10275-NG |
|                                      ) | |
| MATTHEW RAMOS                     ) | |

### JOINT MOTION TO EXCLUDE TIME FROM JULY 6, 2005 THROUGH AND INCLUDING JULY 21, 2005

The United States and the defendant, Matthew Ramos, hereby move this court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from July 6, 2005 through and including July 21, 2005. In support of this motion, the parties state that they require more time to address discovery matters and to allow the defendant to review the discovery provided. Accordingly, exclusion of this time period serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

WHEREFORE, the parties respectfully request that this motion be granted.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Maureen B. Hogan
                              Maureen B. Hogan
                              Assistant U.S. Attorney

                              MATTHEW RAMOS
                              By his attorney,


                              /s/ Martin Richey
Dated: July 6, 2005           Martin Richey, Esq.
```