# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

Criminal No. 04-10275-NG

UNITED STATES OF AMERICA

v.

MATTHEW RAMOS

### *FINAL STATUS REPORT*

July 28, 2005

**BOWLER, U.S.M.J.**

      The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

      1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to distribute oxycodone and the distribution of oxycodone, was returned on September 8, 2004;

      2. The defendant was arraigned on the Indictment on September 9, 2004;

      3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. Counsel for the defendant will file a motion to suppress by August 31, 2005. The government will file its response by September 30, 2005;

6. As of the date of this Final Status Report, time has been excluded through September 30, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge