UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                                               ) | CRIMINAL NO. 04-10275-NG |
| ) | |
| MATTHEW RAMOS                     ) | |

DEFENDANT'S MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

Defendant respectfully moves this Court to amend his conditions of pretrial release to permit him to move from the sober home in Framingham where he currently resides, to the home of his parents at 20 Plymouth Road, Peabody, Massachusetts.

Pretrial Services Officer Judy Oxford does not oppose this motion.

          MATTHEW RAMOS
          By his attorney,

          /s/ J. Martin Richey

          J. Martin Richey
            B.B.O. # 559902
          Federal Defender Office
          408 Atlantic Ave., 3rd Floor
          Boston, MA  02210
          Tel: 617-223-8061

August 1, 2005