UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 04-10275-NG |
| | ) |
| MATTHEW RAMOS | ) |

JOINT MOTION TO EXCLUDE TIME FROM JULY 21, 2005
THROUGH AND INCLUDING SEPTEMBER 30, 2005
---

      The United States and the defendant, Matthew Ramos, hereby move this court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from July 21, 2005 through and including September 30, 2005. In support of this motion, the parties state that the defendant requires time, until August 31, 2005, to prepare and file a motion to suppress and the government requires time, until September 30, 2005, to prepare an opposition to said motion. Accordingly, exclusion of this time period serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

      WHEREFORE, the parties respectfully request that this motion be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Maureen B. Hogan
      Maureen B. Hogan
      Assistant U.S. Attorney

MATTHEW RAMOS
By his attorney,


/s/ Martin Richey
Martin Richey, Esq.

Dated: August 1, 2005

Case 1:04-cr-10275-NG     Document 39     Filed 08/01/2005     Page 2 of 2