UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 04-10275-NG |
| ) | |
| MATTHEW RAMOS ) | |

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

By:  /s/ S. Waqar Hasib
      S. WAQAR HASIB
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      waqar.hasib@usdoj.gov
Date: December 23, 2005      (617) 748-3674

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                  Boston, Massachusetts
                                              December 23, 2005

    I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendants' counsel by electronic filing.

                                    <u>/s/ S. Waqar Hasib</u>
                                    S. WAQAR HASIB
                                    Assistant U.S. Attorney