UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10275-NG |
| | ) | |
| MATTHEW RAMOS | ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO AMEND CONDITIONS OF PRETRIAL RELEASE

Defendant respectfully moves this Court to amend his conditions of pretrial release to permit him to travel to North Brunswick and West Milford, New Jersey to visit his girlfriend on Thursday, January 19, 2006, returning Sunday, January 20, 2006. Defendant shall be required to submit a specific travel itinerary, including contact information, to Pretrial Services Officer Judy Oxford.

Assistant United States Attorney Waqar Hasib and Pretrial Services Officer Judy Oxford assent to this motion.

> MATTHEW RAMOS
> By his attorney,
>
> /s/ J. Martin Richey
>
> J. Martin Richey
>    B.B.O. # 559902
> Federal Defender Office
> 408 Atlantic Ave., 3rd Floor
> Boston, MA  02210
> Tel: 617-223-8061

January 17, 2006