

# MEMORANDUM

**To:** Honorable Marianne B. Bowler, U.S. Magistrate Judge

**From:** Judith Oxford, Drug/Alcohol Treatment Specialist

**Re:** RAMOS, Matthew
CR# 04-10275-NG

**Date:** April 13, 2006

On August 1, 2005, Your Honor modified Mr. Ramos' conditions to allow him to reside with his parents at 20 Plymouth Road, Peaody, MA. Mr. Ramos is again requesting that the Court allow him to move his residence from his parent's home to his girlfriend's apartment at 22 Keys Drive, Apt#1, Peabody, MA. Mr. Ramos indicated that his girlfriend, Jenni Grant has been living with him at his parent's home until her apartment was ready on March 26, 2006.

Mr. Ramos has complied fully with all conditions and has been attending Salem State College while working part time at Brother's Cuisine Restaurant. All drug tests have been negative. Ms. Grant has just completed her college education and is pursuing employment.

Pretrial Services has no objection to the move.

cc: U.S. Attorney's Office
Martin Richey, FPD