PS 42
(Rev 07/93)

# United States District Court

### District of Massachusetts

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Matthew Ramos** | ) | Case No. 04-10275-NG |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Matthew Ramos, have discussed with Judith Oxford, Pretrial Services Officer, modification of my release as follows:
Request permission to move from my parent's home at, 20 Plymouth Road, Peabody to 22 Keys Drive, apt #1, Peabody. I will be living with my girlfriend, Jenni Grant at this address.

I consent to this modification of my release conditions and agree to abide by this modification.

_X [signature] Matthew Ramos_ _____  _Judith Oxford_  3/13/06
Signature of Defendant    Date    Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

[X] The above modification of conditions of release is ordered, to be effective on 3/14/06

[ ] The above modification of conditions of release is not ordered.

_[signature]_  5/11/06
Signature of Judicial Officer    Date