IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MATTHEW RAMOS

No. 04-CR-10275 (NG)

## NOTICE  OF  APPEARANCE

Assistant Federal Public Defender William W. Fick hereby files his appearance on behalf

of defendant Matthew Ramos.

/s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

Dated: July 5, 2006