UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>MATTHEW RAMOS ) | CRIMINAL NO. 04-10275-NG |

MOTION TO WITHDRAW

Assistant Federal Public Defender J. Martin Richey hereby moves to withdraw from this matter. As grounds for this motion, Assistant Federal Public Defender William W. Fick has filed an appearance on behalf of defendant.

```
                              /s/ J. Martin Richey
                              J. Martin Richey
                                B.B.O. # 559902
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel:  617-223-8061
```

Certificate of Service

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ J. Martin Richey
                              J. Martin Richey
```