IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW RAMOS | No. 04 - CR - 10275 - NG |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Matthew Ramos, with the assent of the government, respectfully requests that the status conference currently scheduled for November 13, 2006, be continued to a date on or after November 15, 2006.  As grounds therefor, undersigned counsel states that he will be out of the office from November 3 - 14, 2006, for Federal Defender training activities and two days of vacation.

WHEREFORE, defendant's assented-to motion to continue status conference should be granted.

Respectfully submitted,

MATTHEW RAMOS
By his attorney,

 /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061

Dated: October 26, 2006                    WILLIAM_FICK@FD.ORG

## Certificate of Service

  I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 26, 2006.