UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | Cr. No. 04-10275-NG |
| ) | |
| MATTHEW RAMOS  ) | |

**NOTICE OF APEARANCE**

Assistant U.S. Attorney Christopher F. Bator hereby files his appearance on behalf of the United States.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                             By:   /s/CHRISTOPHER F. BATOR
                                         Assistant U.S. Attorney

                                         Date: January 8, 2007