```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
         v.                 )    Crim. No. 04-10275-NG
                            )
MATTHEW RAMOS               )
```

### MOTION TO WITHDRAW

The undersigned Assistant U.S. Attorney respectfully moves to withdraw from the above-referenced case.  As grounds therefore, undersigned states that he has been reassigned to the Economic Crimes Unit of the U.S. Attorney's office.  As such, the case has been transferred to Assistant U.S. Attorney Christopher F. Bator of the Major Crimes Unit, who filed an appearance on January 8, 2007.  (Docket 49).


                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                            By:   /s/ S. Waqar Hasib
                                  S. WAQAR HASIB
                                  Assistant U.S. Attorney


                                 1

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 9th day of January, 2007

                                      <u>/s/ S. Waqar Hasib</u>
                                      S. WAQAR HASIB
                                      Assistant U.S. Attorney