UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10275-NG |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW RAMOS | ) | |

**ASSENTED-TO MOTION TO EXCLUDE**
**TIME**

The United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(8) to exclude the time from November 20, 2006 until the date of the next status conference, the filing of a suppression motion, or a change of plea, whichever occurs sooner, from speedy trial calculations. This exclusion was agreed-to by the parties at the status conference on November 20, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:
Matthew Ramos
by his counsel,           By:   /s/CHRISTOPHER F. BATOR
                                Assistant U.S. Attorney
/s/William W. Fick, Esq.
(C.F.B.)                        Dated: February 6, 2007
Federal Defender Office
408 Atlantic Avenue
Boston, MA 02110