```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Cr. No. 04-10275-NG |
| | : |
| MATTHEW RAMOS | : |

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Leah B. Foley
                              LEAH B. FOLEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3144
Dated: February 21, 2007      leah.foley@usdoj.gov
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            February 21, 2007

    I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney by electronic filing.

                                                  */s/ Leah B. Foley*
                                                  LEAH B. FOLEY
                                                  Assistant U.S. Attorney