```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    Crim. No. 04-10275-NG
                              )
MATTHEW RAMOS                 )
```

**ASSENTED-TO MOTION TO STRIKE SURPLUSSAGE FROM INDICTMENT**

Defendant, with the assent of the government, respectfully moves that the Court strike the "Notice of Additional Factors" on page 3 of the indictment[1] as surplussage.

As grounds therefor, defendant states that the allegations proposed to be stricken are not elements of the charged offenses and defendant is not required to admit the "additional factors" under the parties' plea agreement.

---

[1] The material proposed to be stricken from the indictment states:

**Notice of Additional Factors**
The Grand Jury further finds that:
    1.    The Defendant, MATTHEW RAMOS, is accountable for at least 149.2 grams, but not more than 447.76 grams of oxycodone (actual). Accordingly, USSG §2D1.1(c)(4) applies.
    2.    The Defendant, MATTHEW RAMOS, was an organizer, leader, manager, or supervisor of criminal activity other than described in USSG §3B1.1(a) or (b). Accordingly, USSG §3B1.1(c) applies.

        Respectfully submitted,

        MATTHEW RAMOS
        By his attorney,

        <u>/s/ William Fick</u>
        William W. Fick
        BBO# 650562
        FEDERAL DEFENDER OFFICE
        408 Atlantic Avenue, 3d Fl.
        Boston, MA 02110
        617-223-8061
        William_Fick@fd.org

<u>CERTIFICATE OF SERVICE</u>

    I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 4, 2007.