UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10275-NG |
| | ) | |
| MATTHEW RAMOS | ) | |

**MOTION TO SET CHANGE OF PLEA HEARING**

Defendant Matthew Ramos respectfully requests that the Court set a hearing for him to enter a change of plea pursuant to Fed. R. Crim. P. 11.

Respectfully submitted,

MATTHEW RAMOS
By his attorney,

/s/ William Fick
William W. Fick
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Avenue, 3d Fl.
Boston, MA 02110
617-223-8061
William_Fick@fd.org

CERTIFICATE OF SERVICE

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 13, 2007.