UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-10275-NG |
| | ) | |
| MATTHEW RAMOS | ) | |

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:  /s/ Kenneth G. Shine
                                    KENNETH G. SHINE
JUNE 25, 2007                  Assistant U.S. Attorney
                                    (617) 748-3686


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

                                      /s/ Kenneth G. Shine
                                      Kenneth G. Shine
                                      Assistant U.S. Attorney