IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MATTHEW  RAMOS

No. 04 - CR - 10275 - NG

### ASSENTED-TO   MOTION  TO  CONTINUE  SENTENCING  DATE

Defendant Matthew Ramos, with the assent of the government, respectfully requests that his sentencing, currently scheduled for October 30, 2007, be reset to a date on or after November 30, 2007.  As grounds therefor, undersigned counsel states:

1.   Due to the vacation schedule of undersigned counsel and the vacation and training schedule of the probation officer assigned to this matter, it will not be possible to conduct the presentence interview of defendant until mid-September.

2.   The probation officer advises that he will require an additional 30 days in order to produce the required iterations of the Presentence Report.

WHEREFORE, defendant's assented-to motion to continue status conference should be granted.

Respectfully submitted,

MATTHEW  RAMOS
By his attorney,

 /s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061

Dated: August 10, 2007          WILLIAM_FICK@FD.ORG

**Certificate of Service**

I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 10, 2007.