November 24, 2007

John Joseph Moakley us Courthouse
Judge Nancy Gertner
1 Courthouse Way
Boston, Ma. 02110

RE: Matthew Ramos

Dear Judge Gertner,

　　As my son Matt stands before you for sentencing. Please try to look at him through my eyes and see him as a son and not just a defendant. I hope I can express through this letter how much my son Matt means to me.

　　Matt has always brought nothing but joy to my life. Being a mom may not always be easy but it has been the most rewarding and fulfilling part of my life. Matt was raised in a loving home and had a wonderful childhood. My husband Walter and I provided everything he needed to have a full and successful life, But, Judge Gertner there comes a time in your child's life when you must provide him with some freedom and hope the values you have instilled in them, guide them in the right direction. Unfortunately, drugs got in the way of that. Thinking back, I get so mad ad myself not seeing the signs that Matt was abusing drugs. I thought I was smarter than that, I was wrong. They call this generation the Rx generation because of the problem with prescription drugs among our youth. It was my child's misfortune that I didn't see it until it was to late.

Matt's arrest came as a complete shock to me. The day after his arrest, when I spoke to Miss September Brown is the day I became aware of the drugs Matt was using and I then realized my son had a drug problem. My heart was broke. I remember crying uncontrollably for hours. It was the worst day of my life. I knew what my son was facing and for the first time in my life it was out of my control to help him.

The following days were a nightmare. Matt was placed under house arrest and the stress level in my home had reached peak. The whole family was under a tremendous amount of duress. I cried myself to sleep just about every night. Worrying about my son's future had got the best of me.

Later, the court made a decision to have Matt enter rehab at the Spectrum House in Westborough, Ma. I missed him every day. But, I knew it was what he needed. I would like to thank all court personnel involved in making that decision. Not only did the program help Matt stop using drugs, but it also had made him a more mature, responsible young man. I would also like to comment on his pre-trial officer Judy while having a stern hand she has shown nothing but support for Matt and Matt has gained a true respect for her.

Matt returned home after a long nine months. Those values we had taught him were all back. Since his return home 2/12 years ago, Matt has done all the right things. He has been attending Salem State College part-time to earn his degree while working a full time job as an Account Manage for the "I" Bridge Technologies Co., in Wellesley, Ma.

After having numerous conversations with Matt during this difficult time in our lives, I believe that Matt is truly sorry for what he has done and I know he would never participate in such illegal conduct again. He now realizes the havoc and harm drugs caused to his life and the impact it has had on his family, whom he loves.

This situation has weighed heavy on Matt's mind for the past three years. It has held him back from achieving his goals and it has also made an impact on his personal life. Please Judge Gertner, grant Matt the opportunity to go forward with his young life and let him put this difficult time behind him. We both know life will be hard enough for Matt having a conviction against him. Please let Matt finish school, pursue his career, and move on to his own apartment. I love my son Matt with all my heart and wish nothing but happiness for him.

Sincerely,

Marie Ramos

December 1, 2007

John Joseph Moakley US Courthouse
Judge Nancy Gertner
1 Courthouse Way
Boston, Ma. 02110

RE: Matthew Ramos

Dear Judge Gertner,

I am writing this letter on behalf of my son Matthew in the hope that it will help you understand what has happened to him in his young life.

First and foremost, he is a great son and a kind, caring person. He grew up in a working middle class family with wonderful grandparents who helped raise him as a young boy, while my wife and I worked full time jobs. As a child Matt loved sports. He loved to rollerblade and play baseball. Matt was also a good student in school. On or about his 16th birthday I began to see a change in him. In hindsight, I believe it was the beginning of his drug use. I myself am considered to be what you would call street smart but this was different than my generation, it was now steroids and prescription drugs. My wife and I were blindsided by the extent of his drug abuse. We attributed most of his moods swings to adolescent misery. I felt as though I was losing my boy. To say that there were some tense moments would be an understatement. Then on August 17, 2004 it all came to an end. Matt was arrested by the FBI .Unbelievable! this could happen to our son.

However what took place in the months to follow, and with the help of Miss September Brown, Judy, and the wonderful staff at Spectrum House. I write this letter to

you, Judge Gertner, with tears in my eyes, to let you know that I have never been more proud of my son Matt than I am today. Unfortunately, he had to learn the hard way. In my heart I know he now sees a better life without drugs. Enclosed please find a letter that Matt had wrote to us while at Spectrum.

Someone once told me that in life when one door closes, God will open another. I truly believe that this is the case in Matthew's life. Please, Judge Gertner, use your good judgment and allow Matt to walk through that door of opportunity.

Sincerely,

Walter Ramos


9/22/04

Hey, Ma & Dad

I just got your letter the other day. It was nice to hear from someone. I got to call Jenni yesterday, so that made my day also. I hope you & ma are not fighting over this still, because its not as bad as it may seem. Being away for 6 months is a long time, but there is alot to learn from here, regarding attitude, responsibility, etc. Its not just all about addiction, which is good, its about bettering yourself. Anyway, like you said in your letter its weird knowing I'm not going to be around for a while, just that alone brings alot of emotions, but this is the consequences of my action. The day goes by pretty quick in here, we are always doing something. Its bedtime which is the worst, that's when I have time to myself to think of where I am, what I have done & where I may be in the future. But I'll get over it all, there are alot of good people in here going through the same feelings/emotions I am.

ON BACK

Every Tuesday at 3:30 is my time with my councler, its also when I get to make a phone call. This Tuesday I am going to try to call you guys. My councler is a good guy. hopefully he will let me make two phone calls. When you write back can you please send me stamps & envelopes. Also, I'm going to need a calling card. After 30 days, then I'll be able to use the phone anyday I want. DAD, I hold no resentment against you for me being here. its my own fault. Just like you, I wish things could of been a bit different, but they are what they are & we gotta deal with them. OK, I gotta go, I love you guys very much & miss you a great deal. I look forward to seeing you both. Bye!

Love,
Matt

October 29, 2007

John Joseph Moakley US Courthouse
Judge Nancy Gertner
1 CourthouseWay
Boston, MA 02210

RE:    Mathew Ramos

Dear Judge Gertner,

It saddens me to write this communication, because I have known the Ramos family for many, many years. Wally and Marie are wonderful parents and I know the problem with Mathew has saddened them greatly. I also realize that they are a strong family and will do all that is necessary to insure Mathew finds this problem with the law to be something that they as a family will work and strive to overcome. I know Mathew has the full support of his family.

I've known Mathew since we moved into his neighborhood 15 years ago. My son and he became fast friends. Matt is like a second son to me, he was always over my house running in and out, spending holidays together, just a great kid. He proved to be a very loyal friend to my son Bobby when 5 years ago Bobby was paralyzed in a horrible car accident. Mathew stayed a true friend and still is to this day. Matt never walked away from Bobby. He came over daily to see Bobby, taking him out with him, never making the disability become an obstacle or difference in their friendship. They are still just Bobby and Matt like always.

I also know Mathew is a loving and caring son, who unfortunately found himself on the wrong side of the law. I've seen a change in Mathew for the better, as they say every cloud has a silver lining hopefully the silver lining in this cloud is that Mathew will now realize the value of his family and the benefit of doing that which is right and becoming a productive member of society.

      I hope this Court will show Mathew and his family the mercy that I feel will not be wasted and in fact will be just what Mathew needs to put this horrible experience behind him.

Sincerely,

Jodi DiLorenzo