Your honor,

Matt and I have been close friends for as long as I could remember. Matt has always been someone that I could go to with anything, and that is not easy to find. Matt has been there with me through thick and thin, and was always the voice of reason. Matt has helped me turn my life around, at the same time he was also turning his around for the better. Being a close friend of his I could not imagine my life without him. He has made a tremendous impact on me throughout the years and has given me guidance when I needed it the most. Over the last 3 years Matt has actually been the most influential to me and I can honestly say that he is headed in the right path and making positive changes in his life and in the lives of those around him.

David De Amelio

To whom this may concern,

Matthew and my son have been friends for the last 3 and a half years. Matthew and my son had met through unfortunate circumstances; however, since that day I feel my son could not have a better friend in his life. Matthew has made a positive impact on his life and has lead him down the right path, and my son continues to follow. At times I feel that Matthew is the only one who can get through to him and he has done so on many occasions and has made a positive impact. Matthew is a contributor to this family and although I have only known him for 3 years, I view him as a son of my own.

Donna Manoogian

*Donna Manoogian*

To whom this may concern,

I have known Matthew Ramos for almost fifteen years. As my son's friend, he has visited our home many times throughout the years. I have watched him grow from a pre-teen to a young man, and he has always been polite and respectful. Matthew has been a mentor to my son for a number of years and I view him as a positive role model in my son's life. As an educator and parent, I have never had any doubts about his character or integrity.

Sandra De Amelio

*[signature]*