APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10275-NG-1

Case title: USA v. Ramos  
Magistrate judge case number: 1:04-mj-00021-LPC

Date Filed: 09/08/2004  
Date Terminated: 01/04/2008

Assigned to: Judge Nancy Gertner

### Defendant (1)

**Matthew Ramos**  
*TERMINATED: 01/04/2008*

represented by **J. Martin Richey**  
Federal Defender's Office  
408 Atlantic Avenue  
Third Floor  
Boston, MA 02110  
617-223-8061  
Fax: 617-223-8080  
Email: martin_richey@fd.org  
*TERMINATED: 07/06/2006*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**William W. Fick**  
Federal Defender's Office  
District of Massachusetts  
408 Atlantic Ave.  
Third Floor  
Suite 328  
Boston, MA 02210  
617-223-8061  
Fax: 617-223-8080  
Email: william_fick@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

21:846F-CONSPIRACY TO
DISTRIBUTE OXYCODONE
(1)

Time Served, 3 years s.r.: $2500 Fine,
interest waived: $200 spec assessment

21:841 (a)(1)-DISTRIBUTION OF
OXYCODONE
(2)

Time Served. 3 years s.r.; $2500 Fine.
interest waived: $200 spec assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=CD.F

**Disposition**

**Plaintiff**

USA

represented by **Leah B. Foley**
United States Attorney's Office
John J. Moakley U.S. Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
617-748-3144
Fax: 617-748-3951
Email: leah.foley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Waqar Hasib**
United States Attorney's Office
1 Courthouse Way
Boston. MA 02210
617-748-3764
Fax: 617-748-3951
Email: waqar.hasib@usdoj.gov
*TERMINATED: 01/11/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Weinreb**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 900
Boston. MA 02210
617-748-3222
Fax: 617-748-3358
Email: william.weinreb@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher F. Bator**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: christopher.bator@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kenneth G. Shine**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3686
Fax: 617-748-3954
Email: kenneth.shine@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2004 | 1 | COMPLAINT as to Matthew Ramos (1). (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/12/2004 | 2 | MOTION to Seal as to Matthew Ramos by USA. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/12/2004 |  | Judge Lawrence P. Cohen : Electronic ORDER entered granting 2 Motion to Seal as to Matthew Ramos (1) (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/12/2004 | 3 | Arrest Warrant Issued as to Matthew Ramos. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |

| 08/18/2004 | ✓ ●4 | Arrest Warrant Returned Executed on 8/18/04. as to Matthew Ramos. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
|---|---|---|
| 08/18/2004 | ✓ ●5 | MOTION to Unseal Case as to Matthew Ramos by USA. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ● | Judge Lawrence P. Cohen : electronic ORDER entered granting 5 Motion to Unseal Case as to Matthew Ramos (1) (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Matthew Ramos held on 8/18/2004 : William Weinreb for Govt; Martin Ritchie Appointed for deft; deft is advised of charges and rights; Govt st[1:04ates maximum penalties; Govt moves for release with conditions; deft files financial affidavit; (Court Reporter digital.) (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ● | Set Hearings as to Matthew Ramos : Preliminary Examination set for 9/9/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ✓ ●6 | Judge Lawrence P. Cohen : ORDER entered ORDER Setting Conditions of Release as to Matthew Ramos (1) $50,000 unsecured bond (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ✓ ●7 | Appearance Bond Entered as to Matthew Ramos in amount of $ $50,000 unsecured. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ✓ ●8 | CJA 23 Financial Affidavit by Matthew Ramos (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ✓ ●9 | Judge Lawrence P. Cohen : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Matthew Ramos Martin Ritchie for Matthew Ramos appointed. (Simeone, Maria)[1:04-mj-00021-LPC] (Entered: 08/23/2004) |
| 08/18/2004 | ● | Attorney update in case as to Matthew Ramos. Attorney J. Martin Richey for Matthew Ramos added. Attorney Martin Ritchie terminated. Wrong Attorney Ritchie added originally. (Filo, Jennifer) (Entered: 01/07/2005) |
| 09/08/2004 | ✓ ●10 | INDICTMENT as to Matthew Ramos (1) count(s) 1, 2. (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/08/2004 | ✓ ●11 | Judge Nancy Gertner : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: PRETRIAL as to Matthew Ramos (Diskes, Sheila) (Entered: 09/09/2004) |
| 09/09/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Matthew Ramos (1) Count 1,2 held on 9/9/2004, deft is arraigned and pleads not guilty; Status Conference as to Matthew Ramos held on 9/9/2004; Bill Weinreb for govt; Martin Ritchie for deft; court addresses violation of conditions with defense; court |

| | | |
|---|---|---|
| | | addresses inpatient treatment; defense requests evidentiary hearing;deft released on condition he appear on 9/17/04 Evidentiary Hearing set for 9/17/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Status Conference set for 10/21/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) Modified on 9/9/2004 (Simeone, Maria). Modified on 9/9/2004 (Simeone, Maria). (Entered: 09/09/2004) |
| 09/09/2004 | ●12 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Matthew Ramos Status Conference set for 10/21/2004 02:15 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 09/09/2004) |
| 09/09/2004 | ●13 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Matthew Ramos Time excluded from 9/9/04 until 10/7/04. (Cohen, Lawrence) (Entered: 09/09/2004) |
| 09/16/2004 | ●14 | Consent to Modify Conditions of Release filed by deft. and pretrial services allowed. Deft. to participate in drug treatment program. (Welch, Ruth) (Entered: 09/17/2004) |
| 10/18/2004 | ●15 | Assented to MOTION for Extension of Time to November 17, 2004 to File provide automatic discovery as to Matthew Ramos by USA. (Weinreb, William) (Entered: 10/18/2004) |
| 10/19/2004 | ●16 | Judge Lawrence P. Cohen : ORDER entered granting 15 Motion for Extension of Time as to Matthew Ramos (1) (Cohen, Lawrence) (Entered: 10/19/2004) |
| 10/19/2004 | ●17 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Matthew Ramos Time excluded from 10/21/04 until 11/17/04. (Cohen, Lawrence) (Entered: 10/19/2004) |
| 10/19/2004 | ● | Set/Reset Hearings as to Matthew Ramos : Initial Status Conference set for 11/17/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 10/19/2004) |
| 10/19/2004 | ● | Terminate Deadlines and Hearings as to Matthew Ramos : (Cohen, Lawrence) (Entered: 10/19/2004) |
| 10/19/2004 | ● | Motions terminated as to Matthew Ramos : 14 MOTION to Modify Conditions of Release filed by Matthew Ramos. (Cohen, Lawrence) (Entered: 10/19/2004) |
| 11/09/2004 | ● | Reset status conference as to Matthew Ramos : Status Conference reset for 11/30/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 11/09/2004) |
| 11/23/2004 | ●18 | Letter (non-motion) regarding automatic discovery as to Matthew Ramos (Weinreb, William) (Entered: 11/23/2004) |
| 11/23/2004 | ●19 | MOTION for Protective Order as to Matthew Ramos by USA. (Weinreb, William) (Entered: 11/23/2004) |

| | | |
|---|---|---|
| 11/30/2004 | ⬤ | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Status Conference as to Matthew Ramos held on 11/30/2004: Martin Ritchie for deft; William Weinreb for Govt; Counsel submit joint statement in open court: counsel requests an interim status cnf be held: defense has no objections to motion for protective order; motion allowed: Interim Status Conference set for 1/18/2005 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) Modified on 11/30/2004 (Simeone, Maria). (Entered: 11/30/2004) |
| 11/30/2004 | ⬤ | Judge Lawrence P. Cohen : electronic ORDER entered granting 19 Motion for Protective Order as to Matthew Ramos (1). (Simeone, Maria) (Entered: 11/30/2004) |
| 11/30/2004 | ✓ ⬤20 | JOINT STATUS REPORT AS TO Matthew Ramos filed in open court (Simeone, Maria) (Entered: 11/30/2004) |
| 12/01/2004 | ⬤21 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Matthew Ramos Interim Status Conference set for 1/18/2005 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 12/01/2004) |
| 12/01/2004 | ⬤22 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Matthew Ramos Time excluded from 11/30/04 until 1/18/05. (Cohen, Lawrence) (Entered: 12/01/2004) |
| 12/02/2004 | ⬤23 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on AMENDED Initial Status Conference as to Matthew Ramos Status Conference set for 1/18/2005 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 12/02/2004) |
| 12/02/2004 | ⬤24 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Matthew Ramos Time excluded from 12/1/04 until 1/18/05. (Cohen, Lawrence) (Entered: 12/02/2004) |
| 01/06/2005 | ⬤25 | MOTION for Order *Permitting Counsel to Disclose Wiretap Materials* as to Matthew Ramos. (Richey, J.) (Entered: 01/06/2005) |
| 01/07/2005 | ⬤26 | RESPONSE to Motion by USA as to Matthew Ramos re 25 MOTION for Order *Permitting Counsel to Disclose Wiretap Materials* (Weinreb, William) Additional attachment(s) added on 1/11/2005 (Filo, Jennifer). (Entered: 01/07/2005) |
| 01/10/2005 | ⬤ | Magistrate Judge Lawrence P. Cohen : ElectronicORDER entered granting 25 Motion for Order as to Matthew Ramos (1). ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS. (Simeone, Maria) Modified on 1/11/2005 (Simeone, Maria). (Entered: 01/10/2005) |
| 01/10/2005 | ⬤27 | Magistrate Judge Lawrence P. Cohen : ORDER PERMITTING COUNSEL TO DISCLOSE WIRETAP MATERIALS entered. as to Matthew Ramos re 25 MOTION for Order *Permitting Counsel to Disclose* |

| | | |
|---|---|---|
| | | *Wiretap Materials* filed by Matthew Ramos. (Simeone. Maria) (Entered: 01/10/2005) |
| 01/18/2005 | | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :InterimStatus Conference as to Matthew Ramos held on 1/18/2005: counsel need more time: Final Status Conference set for 3/1/2005: court requests counsel contact chief Magistrate Judge Swartwoods session regarding this hearing.(Court Reporter digital.) (Simeone. Maria) (Entered: 01/18/2005) |
| 01/18/2005 | 28 | Judge Lawrence P. Cohen : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Matthew Ramos Time excluded from 1/18/05 until 3/1/05. (Cohen. Lawrence) (Entered: 01/18/2005) |
| 01/18/2005 | | Case as to Matthew Ramos no longer referred to Magistrate Judge Lawrence P. Cohen. (Cohen. Lawrence) (Entered: 01/18/2005) |
| 02/15/2005 | 29 | Judge Nancy Gertner : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler as to Matthew Ramos (Hurley, Virginia) (Entered: 02/15/2005) |
| 02/23/2005 | 30 | Assented to MOTION to Continue *Final Status Conference and to Exclude Time* as to Matthew Ramos. (Richey, J.) (Entered: 02/23/2005) |
| 02/27/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 30 Motion to Continue as to Matthew Ramos(1). (Bowler. Marianne) (Entered: 02/27/2005) |
| 02/28/2005 | | Set/Reset Hearings for Matthew Ramos: Final status conference reset for 4/6/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 02/28/2005) |
| 03/07/2005 | | Set/Reset Hearings for Matthew Ramos: Hearing to amend conditions of release set for 3/9/2005 at 3:00 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/07/2005) |
| 03/09/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Hearing regarding the amendment of conditions of release for Matthew Ramos held on 3/9/2005; Maureen Hogan for the govt., Martin Richey for the deft. and John Riley for Pretrial Services; Parties address the present conditions of release and request that the conditions are amended as recommended by Pretrial Services; The court orders the amendment of the conditions previously set for the deft. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/10/2005) |
| 03/09/2005 | 31 | Magistrate Judge Marianne B. Bowler: ORDER entered; ORDER Amending conditions of release for Matthew Ramos. (Saccoccio, Dianalynn) (Entered: 03/10/2005) |
| 04/06/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final status conference for Matthew Ramos held on 4/6/2005; Maureen Hogan for the govt. and Martin Richey for the deft.; |

| | | |
|---|---|---|
| | | Counsel for the deft. requests additional time and asks for an additional 60 days; The govt. is amenable to the request; A further status conference is set for 6/6/2005 at 10:30 AM; The parties agree to exclude the time from today to 6/6/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/06/2005) |
| 06/06/2005 | 32 | Joint MOTION to Continue *Status Conference and to Exclude Time* as to Matthew Ramosby Matthew Ramos, USA. (Hogan, Maureen) (Entered: 06/06/2005) |
| 06/06/2005 | 33 | MOTION to Amend *Conditions of Pretrial Release* as to Matthew Ramos. (Richey, J.) (Entered: 06/06/2005) |
| 06/07/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 32 Motion to Continue as to Matthew Ramos(1) and granting 33 Motion to Amend as to Matthew Ramos(1). (Bowler, Marianne) (Entered: 06/07/2005) |
| 06/07/2005 | | Set/Reset Hearings for Matthew Ramos: Further status conference set for 7/6/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 06/07/2005) |
| 07/06/2005 | 34 | Assented to MOTION to Amend *Conditions of Pretrial Release* as to Matthew Ramos. (Richey, J.) (Entered: 07/06/2005) |
| 07/06/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 34 Motion to Amend as to Matthew Ramos(1). (Bowler, Marianne) (Entered: 07/06/2005) |
| 07/06/2005 | 35 | Joint MOTION for Excludable Delay from July 6, 2005 to July 21, 2005 as to Matthew Ramosby USA. (Hogan, Maureen) (Entered: 07/06/2005) |
| 07/06/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Matthew Ramos held on 7/6/2005; Maureen Hogan for the govt. and Martin Richey for the deft.; Counsel for the deft. requests an additional two weeks to review the discovery and the govt. is amenable to the request; The court sets a further status conference for 7/21/2005 at 2:30 PM; The parties agree to exclude the time from today to 7/21/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/06/2005) |
| 07/07/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 35 Motion to Exclude as to Matthew Ramos(1). (Bowler, Marianne) (Entered: 07/07/2005) |
| 07/21/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler : Further status conference for Matthew Ramos held on 7/21/2005; Muareen Hogan for the govt. and Martin Richey for the deft.; Counsel for the deft. requests that a deadline is set to file a motion to suppress and that the case is returned to the district judge; The court sets the filing date for the motion for 8/31/2005 with the govt.'s response due |

| | | |
|---|---|---|
| | | by 9/30/2005 pursuant to the request of the govt.: The parties agree to exclude the time from today to 9/30/2005and the govt. will file an assented to motion to exclude the time; The court will file a final status report and return the case to the district judge.(Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/25/2005) |
| 07/28/2005 | 36 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Matthew Ramos (Saccoccio, Dianalynn) (Entered: 07/28/2005) |
| 07/28/2005 | | Judge update in the case of Matthew Ramos; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 07/28/2005) |
| 08/01/2005 | 37 | MOTION to Amend *Conditions of Pretrial Release* as to Matthew Ramos. (Richey, J.) (Entered: 08/01/2005) |
| 08/01/2005 | 38 | Judge Nancy Gertner: ORDER entered; ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Motion to Amend conditions of Pretrial Release 37 as to Matthew Ramos (Filo, Jennifer) (Entered: 08/01/2005) |
| 08/01/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 37 Motion to Amend as to Matthew Ramos(1). (Bowler, Marianne) (Entered: 08/01/2005) |
| 08/01/2005 | | Judge update in the case of Matthew Ramos; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 08/01/2005) |
| 08/01/2005 | 39 | Joint MOTION for Excludable Delay from July 21, 2005 to September 30, 2005 as to Matthew Ramosby USA. (Hogan, Maureen) (Entered: 08/01/2005) |
| 08/08/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 39 Motion to Exclude as to Matthew Ramos (1)...allowed by the court. (Molloy, Maryellen) (Entered: 08/08/2005) |
| 10/31/2005 | 40 | Assented to MOTION for Excludable Delay to *date of Pretrial Conference* as to Matthew Ramosby USA. (Hogan, Maureen) (Entered: 10/31/2005) |
| 12/23/2005 | 41 | NOTICE OF ATTORNEY APPEARANCE S. Waqar Hasib appearing for USA. (Hasib, S.) (Entered: 12/23/2005) |
| 01/17/2006 | 42 | Assented to MOTION to Amend *Conditions of Pretrial Release* as to Matthew Ramos. (Richey, J.) (Entered: 01/17/2006) |
| 01/19/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting 42 Motion to Amend as to Matthew Ramos (1) (Molloy, Maryellen) (Entered: 01/19/2006) |
| 04/13/2006 | 43 | Probation Memorandum as to Matthew Ramos re: conditions of release. (Filo, Jennifer) (Entered: 05/17/2006) |