*CR. 04-10275*
*J. Gertner*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1198

UNITED STATES,

Appellant,

v.

MATTHEW RAMOS,

Defendant - Appellee.

### JUDGMENT

Entered: March 14, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By: _____

**MARGARET CARTER**

**Deputy Clerk**

Chief Deputy Clerk.

**Date:** MAR 14 2008

[cc: Ms. Foley, Mr. Shine, Ms. Chaitowitz, Mr. Weinreb, Mr. Bator and Mr. Fick]